UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
KAITLYN D'ANGELO,

                           Plaintiff,                        **ORDER**

         -against-                           25 Civ. 8600 (JGLC)(JCM)

DEPUTY ANDREW FOERTSCH, *et al.*,

                           Defendants.
--------------------------------------------------------X

      On June 8, 2026, the Court scheduled a Telephone Conference for June 26, 2026 to discuss Plaintiff's failure to appear at her deposition on June 3, 2026. (Docket No. 20). Plaintiff did not appear at the June 26, 2026 conference, nor did she contact the Court to request an adjournment or otherwise notify the Court of an inability to attend the conference.

      Accordingly, Plaintiff is directed to file a letter with the Court by July 24, 2026, explaining in writing (1) why she failed to appear for her June 3, 2026 deposition; (2) why she failed to appear at the June 26, 2026 Telephone Conference; and (3) why she should not be sanctioned for failing to appear.[1]

      Lastly, the Court has scheduled a Telephone Conference for July 30, 2020 at 11:00 a.m. Participants shall call 855-244-8681 and enter access code 1800490580 at the time of the conference. Plaintiff is reminded of her affirmative duty to diligently prosecute this action under Rule 41(b) of the Federal Rules of Civil Procedure. Plaintiff's failure to follow Court orders or to appear at the next conference may result in sanctions, including, but not limited to, dismissal

---

[1] Pursuant to Rule 16 of the Federal Rules of Civil Procedure, the Court may issue sanctions, "including those authorized by Rule 37(b)(2)(A)(ii)-(vii), if a party or its attorney . . . fails to appear at a scheduling or other pretrial conference." Fed. R. Civ. P. 16(f)(1)(A).

- 2 -

of her case for failure to prosecute.

Dated:   June 26, 2026
        White Plains, New York

SO ORDERED:

_____
JUDITH C. McCARTHY
United States Magistrate Judge