UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KAITLYN D'ANGELO,

Plaintiffs,

**ORDER**

-against-

25 Civ. 8600 (JGLC)(JCM)

DEPUTY ANDREW FOERTSCH,

Defendants.
-----------------------------------------------------------------X

On July 30, 2026, at a Telephone Conference before the undersigned, Defendants indicated that they intended to file a motion to dismiss for failure to prosecute. Accordingly, Defendants are directed to file their motion before the Honorable Jessica G.L. Clarke by November 4, 2026.

Dated: October 14, 2026
White Plains, New York

**SO ORDERED:**

Judith C. McCarthy

JUDITH C. McCARTHY
United States Magistrate Judge